# Court of Appeals
# of the State of Georgia

ATLANTA,  September 26, 2022

*The Court of Appeals hereby passes the following order:*

**A23A0329. PERCY COKER v. AMIN VADRIA et al.**

The appellees filed this dispossessory action against the appellant, Percy Coker, in magistrate court. The magistrate court issued an order transferring the dispossessory action to superior court and consolidating the action with another case in superior court. On September 7, 2022, the superior court issued an order vacating the magistrate court's order and transferring the dispossessory action back to magistrate court. The superior court denied Coker's request for a certificate of immediate review of the September 7, 2022 order. Coker has filed the instant direct appeal of the September 7, 2022 order. We lack jurisdiction.

Because there is no final judgment and the dispossessory action remains pending below, the order from which Coker seeks to appeal is interlocutory and not appealable without compliance with the interlocutory appeal procedures of OCGA § 5-6-34 (b), which include obtaining a certificate of immediate review from the trial court and filing an application for interlocutory appeal setting forth the need for review. See OCGA § 5-6-34 (a) (1); *In the Interest of W. L.*, 335 Ga. App. 561, 563 (782 SE2d 464) (2016); *Mauer v. Parker Fibernet, LLC*, 306 Ga. App. 160, 161 (701 SE2d 599) (2010). Further, the denial of a certificate of immediate review is not directly appealable. *Price v. State*, 237 Ga. 352, 352 (1) (227 SE2d 368) (1976).

Coker's failure to follow the interlocutory appeal procedures deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   09/26/2022*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*